LAW OFFICES OF RAHUL WANCHOO (RW-8725)
Attorneys For Plaintiff
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MENDOCINO LTD.                                    ECF CASE

       Plaintiff,          07 CV ____ (____)

  - against -                                **FED. R. CIV. P.**
           **§7.1 STATEMENT**
PAKRI TANKERS OU

       Defendant.

------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. §7.1(a), the undersigned attorney of record for Plaintiff certifies that Plaintiff has no U.S. corporate parents or publicly held corporations owning 10% or more of its stock.

Dated: New York, New York
   October 16, 2007

              LAW OFFICES OF RAHUL WANCHOO
              Attorneys for Plaintiff
              MENDOCINO LTD.

              By: _/s/ Rahul Wanchoo_____
                Rahul Wanchoo (RW-8725)