UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MENDOCINO LTD.,



                    07 Civ. 9286 (BSJ)

        Plaintiff,

      -against-                    ***STIPULATION AND ORDER***
                                          ***OF***
PAKRI TANKERS OU,                         ***SUBSTITUTION OF COUNSEL***

        Defendant.
------------------------------------------------------------X

Defendant PAKRI TANKERS OU hereby substitutes as counsel the law firm of MAHONEY & KEANE, LLP, 111 Broadway, 10th Floor, New York, New York 10006, in the place and stead of the law firm of DEORCHIS & PARTNERS, LLP, 61 Broadway, 26th Floor, New York, New York 10006.

**DEORCHIS & PARTNERS, LLP**
Former Attorneys for Defendant
PAKRI TANKERS OU

By: _____
Vincent M. De Orchis
61 Broadway, 26th Floor
New York, New York 10006-2802
212-344-4700

**MAHONEY & KEANE, LLP**
Attorneys for Defendant
PAKRI TANKERS OU

By: _____
Christopher H. Mansuy
111 Broadway, 10th Floor
New York, New York 10006
212-385-1422

Dated: New York, New York
        February 22, 2008

SO ORDERED:
_____
U.S.D.J.

W:\699-6\Legals\Substitution Of Counsel.Doc 2/15/08-kc